```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05371
   MARY ANN WRIGHT
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9608


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/06/2008 and was confirmed 05/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/18/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID

------------------------------------------------------------------------
PREMIUM ASSET RECOVERY C  UNSECURED          488.00           .00             .00
CORPORATE AMERICA FAMILY  UNSECURED         2034.43           .00             .00
AMERICASH LOANS           UNSECURED          861.84           .00             .00
AMERICASH LOANS           UNSECURED          367.61           .00             .00
ARMOR SYSTEMS CORP        UNSECURED         3283.25           .00             .00
AT&T                      UNSECURED        NOT FILED          .00             .00
BLACKHAWK MEDICAL TRANSP  UNSECURED        NOT FILED          .00             .00
BLACKHAWK MEDICAL TRANSP  UNSECURED        NOT FILED          .00             .00
CHECK N GO                UNSECURED        NOT FILED          .00             .00
CINGULAR WIRELESS         UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED         5030.00           .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00             .00
COOK COUNTY STATES ATTOR  UNSECURED        NOT FILED          .00             .00
FMS INC                   UNSECURED        NOT FILED          .00             .00
HOLY CROSS HOSPITAL       UNSECURED        NOT FILED          .00             .00
IQ TELECOM                UNSECURED        NOT FILED          .00             .00
ICS                       UNSECURED        NOT FILED          .00             .00
ILLINOIS MEDI CAR         UNSECURED        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        12441.43           .00             .00
LOAN EXPRESS CO           UNSECURED           88.05           .00             .00
EMERGENCY ROOM PHYSICIAN  UNSECURED        NOT FILED          .00             .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED          .00             .00
EMERGENCY ROOM PHYSICIAN  UNSECURED        NOT FILED          .00             .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED          .00             .00
MIDNIGHT VELVET           UNSECURED        NOT FILED          .00             .00
COOK COUNTY HOSPITAL      UNSECURED        NOT FILED          .00             .00
AT&T                      UNSECURED        NOT FILED          .00             .00
OSI COLLECT               UNSECURED        NOT FILED          .00             .00
PERFORMANCE FINANCIAL NL  UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
PLAZA FINANCE             UNSECURED        NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1152.00           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05371 MARY ANN WRIGHT
```

```
PRA RECEIVABLES MGMT      UNSECURED          3152.30              .00              .00
PRA RECEIVABLES MGMT      UNSECURED          1132.17              .00              .00
DOUBLE DAY                UNSECURED            92.98              .00              .00
RMI/MCSI                  UNSECURED           500.00              .00              .00
RUSH UNIVERSITY           UNSECURED        NOT FILED              .00              .00
RX ACQUISITIONS LLC       UNSECURED        NOT FILED              .00              .00
UNIVERSITY PATHOLOGISTS   UNSECURED        NOT FILED              .00              .00
UNIVERSITY SURGEONS       UNSECURED        NOT FILED              .00              .00
US TELECOM                UNSECURED        NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY           1536.32              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           410.31              .00              .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        43.00              .00            43.00
ROUNDUP FUNDING LLC       UNSECURED           475.93              .00              .00
CORPORATE AMERICA FAMILY  UNSECURED        NOT FILED              .00              .00
MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED              .00              .00
COOK COUNTY HOSPITAL      UNSECURED        NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,500.00                            371.00
TOM VAUGHN                TRUSTEE                                                36.00
DEBTOR REFUND             REFUND                                                   .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               450.00

PRIORITY                                        43.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 371.00
TRUSTEE COMPENSATION                            36.00
DEBTOR REFUND                                     .00
                    ---------------      ---------------
TOTALS                 450.00                  450.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
    Dated:  03/26/09        _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 08 B 05371 MARY ANN WRIGHT